■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR BRAVO, Appellant. [868 NYS2d 530]

We dismiss the appeal on the ground that defendant has been released from New York State custody and deported (*see People v Henriquez*, 47 AD3d 457 [2008]). Alternatively, we find that the court properly denied defendant's CPL 440.10 motion as both procedurally defective and without merit. Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.